IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EDIN FERNANDO QUEJ AC,

    Petitioner,

v.                                                                Civil Action No. **3:21CV264**

JEFFREY CRAWFORD, *et al.*,

    Respondents.

## MEMORANDUM OPINION

By Memorandum Order entered on May 6, 2021, the Court conditionally docketed Petitioner's action. On May 17, 2021, the United States Postal Service returned the May 6, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER" and noted that Petitioner was released. Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                        /s/
                                                            John A. Gibney, Jr.
                                                           United States District Judge

Date: <u>2 June 2021</u>
Richmond, Virginia